UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE BELLA COMPANY, INC., a
Michigan Corporation,

           Plaintiff,

vs.

SALONQUEST, LLC, and Ohio
Limited Liability Company,

           Defendant.

_____/

Case No. 09-11517

HON. GEORGE CARAM STEEH

## ORDER DISMISSING SHOW CAUSE ORDER

On April 27, 2009, this Court ordered Plaintiff to show cause why this case should not be dismissed for Plaintiff's failure to plead the citizenship of the members of Defendant, a limited liability company. Plaintiff answered the show cause order and has represented that, upon information and belief, Defendant's members are Dennis Lubin, Scott Miller, George Stasick and Beauty Systems Group, LLC (BSG). Plaintiff further states that Defendant's individual members are, upon information and belief, all citizens of Ohio and that BSG is a Delaware limited liability company, whose principal place of business is in Texas and whose sole member (Gary Winterhalter) is a citizen of Texas.

Plaintiff is a Michigan corporation, whose principal place of business is in Michigan. Because none of Defendant's members appear to be citizens of Michigan, complete diversity exists and dismissal without prejudice is unwarranted at this time.

Accordingly, the order to show cause hereby is DISMISSED.

    SO ORDERED.

Dated:  May 13, 2009

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 13, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk